309 N.Y. 819 (1955)
Michael J. Gannon et al., Appellants,
v.
Royal Properties, Inc., et al., Defendants, and R. & G. Service Garage, Inc., Respondent.
Eugene Erk, Appellant,
v.
Royal Properties, Inc., et al., Defendants, and R. & G. Service Garage, Inc., Respondent.
Court of Appeals of the State of New York.
Argued October 4, 1955.
Decided October 20, 1955
Paxton Blair, Edward M. Edenbaum and Harry H. Lipsig for appellants.
James A. Doherty and James A. Doherty, Jr., for respondent.
Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.
Judgment affirmed, with costs; no opinion.